UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FERNANDO GONZALEZ and | : | CIVIL ACTION |
| MARCOS GARCIA individually | : | |
| and on behalf of all others | : | |
| similarly situation | : | NO. 2:20-cv-01380-JTM-JVM |
| | : | |
| VERSUS | : | |
| | : | |
| | : | |
| BRUNOINC. D/B/A | : | |
| METROWIDE APARTMENTS, LLC | : | |

## DEFENDANTS' MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM AND INSUFFICIENT PROCESS

Defendants Joshua Bruno and Metrowide Apartments, LLC ("Metrowide") move the Court to dismiss plaintiffs' claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure. As more fully discussed in the accompanying Memorandum, plaintiffs' Amended Complaint for purported violations of the Fair Labor Standards Act fails to comply with federal pleading standards, as it does not allege specific facts to support purported "enterprise coverage." Instead, plaintiffs have merely recited the statutory elements, which warrants dismissal under Rule 12(b)(6).

Accordingly, for the reasons given in their Memorandum in Support, defendants request that the Court dismiss plaintiffs' Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1

Respectfully submitted,

/s/ Catherine Fornias Giarrusso
H. Minor Pipes, III, 24603
Catherine Fornias Giarrusso, 29875
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Facsimile: (504) 322-7520
Email: mpipes@pipesmiles.com
Email: cgiarrusso@pipesmiles.com

*Attorneys for Defendants Joshua Bruno and Metrowide Apartments, LLC*